# EXHIBIT A

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## WINNEBAGO COUNTY

ERIC BEARD
Plaintiff

vs.

EQUIFAX INFORMATION SERVICES
Defendant

Case No. 2022 LA 373

Service to be made to: EQUIFAX
1550 PEACHTREE ST. NW
ATLANTA, GA 30309-2468

## SUMMONS

**TO THE DEFENDANT** EQUIFAX INFORMATION SERVICES,

**YOU ARE HEREBY SUMMONED** and required to file an Answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your Appearance in the Office of the Clerk of this Court, Winnebago County Courthouse, 400 West State St., room 108, Rockford, Illinois, **within 30 days after service of this summons**, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED FOR IN THE COMPLAINT.**

### THIS CASE IS SET FOR A CASE MANAGEMENT CONFERENCE ON
March 23, 2023 @ 9:15AM RM 426
Date / Time / Courtroom

**FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.** ZOOM ID # 848 2994 9543

**TO THE OFFICER:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

**This summons may not be served later than thirty (30) days after its issuance.**

Plaintiff's Attorney or Plaintiff,

Name: ERIC BEARD
Attorney for: 7431 E. STATE ST.
Address: #112,
City/State/Zip: ROCKFORD, IL, 61108
Telephone No: 630.708.8730

DATE: 12-19-22

Thomas A. Klein
Thomas A. Klein, Clerk of the Circuit Court
By Deputy Clerk: TW

Date of Service _____, 20 _____
(To be inserted by officer on copy left with defendant or other person)

**Attention:**

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional, help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office.

If you have a disability that requires an accommodation to participate in court, please contact the Court Disability Coordinator at 815-319-4806.

30 Day Summons | CC-45 V4

EFX ORIGINAL DOCUMENT 4 01\03\2023 00464860 010 0065

11/23/2002

WINNEBAGO COUNTY
ILLINOIS

Eric Beans
_____
PLAINTIFF

22LA373

**FILED**

Date: 11 / 23 / 22

~~Thomas A. Klein~~
Clerk of the Circuit Court
By MS _____ Deputy
Winnebago County, Il

Equifax
Information
Services
_____
Defendant

$143,586.00
_____
Amount

For
_____

Defamation of Character

EFX ORIGINAL DOCUMENT 4 01\03\2023 00464860 010 0066

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | ORDER FOR WAIVER OF COURT FEES | *For Court Use Only* |
|---|---|---|

WINNEBAGO COUNTY

**\*\*ELECTRONICALLY FILED\*\***
DOC ID: 20628098
CASE NO: 2022-LA-0000373
DATE: 12/12/2022 8:26 AM
BY: T W, DEPUTY

| Instructions ▼ | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | Eric Beard<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | |
| Enter the name of the person being sued as Defendant/Respondent | v. |
| Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one. | Equifax Information Services<br>**Defendant / Respondent** *(First, middle, last name)* |

Case Number: 2022 LA 373

| Enter your full name as "Applicant." |
|---|

**Applicant Name:** Eric Beard
  First      Middle      Last

| DO NOT check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form. |
|---|

**The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:**

1. ☒ The applicant **qualifies** for a **full (100%)** waiver of all fees, costs, and charges because:

    a. ☒ The applicant receives means-based government assistance under one or more of the following programs:
    - Supplemental Security Income (SSI) (Not Social Security)
    - Aid to the Aged, Blind and Disabled (AABD)
    - Temporary Assistance for Needy Families (TANF)
    - SNAP (Food Stamps)
    - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance
    **OR**

    b. ☐ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Dept. of Health & Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;
    **OR**

    c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies** for a **partial** *(75%, 50%, or 25%)* waiver of all fees, costs, and charges because the applicant's household income is:

    ☐ more than **125%** but not greater than **150%** *(75% waived)*;
    ☐ more than **150%** but not greater than **175%** *(50% waived)*;
    ☐ more than **175%** but not greater than **200%** *(25% waived)*

    of the current poverty level as established by the US Dept. of Health & Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

3. ☐ There is a factual issue about the applicant's entitlement to a fee waiver. The nature of the factual issue is: _____

WA-O 604.5        Page 1 of 2        (07/21)

EFX ORIGINAL DOCUMENT 4 01\03\2023 00464860 010 0067

Enter the Case Number given by the Circuit Clerk:_____

4. ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason)*:

_____

_____

**IT IS HEREBY ORDERED:**

A ☒ *Application for Waiver of Court Fees* is **GRANTED**, effective on the filing date of the ·
*Application for Waiver of Court Fees.*

    i. ☒ The applicant qualifies for a **full waiver**, and may participate in this case
without payment of fees, costs, or charges.

    ii. ☐ The applicant qualifies for a **partial fee waiver** as follows:

        ☐ **75%** of all fees, costs, and charges **are waived** (*and the applicant must pay
25% of all fees, costs, and charges*).

        ☐ **50%** of all fees, costs, and charges **are waived** (*and the applicant must pay
50% of all fees, costs, and charges*).

        ☐ **25%** of all fees, costs, and charges **are waived** (*and the applicant must pay
75% of all fees, costs, and charges*).

    ☐ The applicant must pay fees, costs, and charges currently due by: _____
                                                   *Date*

    ☐ Upon good cause shown, the applicant may make payments as follows
*(describe deferral, installment plan, or other reasonable terms):* _____

_____

_____

**This order expires one year from the date of this order.** The applicant may reapply before or after
the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process,
publication, mediation, guardian ad litem, and any other fee listed in 735 ILCS 5/5-105(a)(2)(1).

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on

_____ at _____

*Date*                                 *Time*

    ☐ in person at _____
                    *Courthouse address*                           *Courtroom*

    ☐ remotely by telephone at _____
                                   *Call-in number for telephone remote appearance*

    ☐ remotely by video conference at _____
                                        *Video conference website*

_____

*Video conference log-in information (meeting ID, password, etc)*

The applicant must bring the following **documents** to the hearing:

_____

_____

C. ☐ *Application for Waiver of Court Fees* is **DENIED**.
The applicant must pay all fees, costs, and charges currently due by: _____
                                                    *Date*

| **DO NOT** complete this section. The judge will sign and date here. | **ENTERED:** *(signature)* | 12/12/2022 |
|---|---|---|
| | *Judge* | *Date* |

EFX ORIGINAL DOCUMENT 4 01\03\2023 00464860 010 0068

This package is made from post-consumer waste. Please recycle · again.

PRESS FIRMLY TO SEAL

   

U.S. POSTAGE PAID
PM
ROCKFORD, IL
61101
DEC 21, 22
AMOUNT
**$0.95**
R2305K140296-77

RDC 64     30309





# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup,

EXPECTED DELIVERY DAY: 12/23/22

USPS TRACKING® #

PS00001000014

9505 5126 7287 2355 2629 36

**PRIORITY®**
**★ MAIL ★**

UNITED STATES POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: ERIC BEARD
7431 E. STATE ST #112
ROCKFORD, IL 61108

TO: EQUIFAX
1550 PEACHTREE ST. NW
ATL, GEORGIA - 30309-240

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.



# UNITED STATES POSTAL SERVICE ®

# PRIORITY®
# MAIL

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.

EFX ORIGINAL DOCUMENT 4 01\03\2023 00464860 010 0069